1   TRACY L. MAINGUY, Bar No. 176928
    OPERATING ENGINEERS LOCAL UNION NO. 3 TRUST FUNDS- MULTI-SERVICES
2   1620 South Loop Road
    Alameda, CA 94502
3   (510) 748-7474

4   Attorney for the Plaintiffs

5                       UNITED STATE DISTRICT COURT

6               FOR THE NORTHERN DISTRICT OF CALIFORNIA

7                         (SAN FRANCSICO DIVISION)

8   GIL CROSTHWAITE, RUSS BURNS, in          )   Case No.: C 07 1490 EMC
    their respective capacities as Trustees of the  )
9   OPERATING ENGINEERS HEALTH AND          )   **SUBSTITUTION OF ATTORNEY**; ORDER
    WELFARE TRUST FUND FOR                   )
10  NORTHERN CALIFORNIA, PENSION             )
    TRUST FUND FOR OPERATING                 )
11  ENGINEERS; PENSIONED OPERATING           )
    ENGINEERS HEALTH AND WELFARE             )
12  FUND; OPERATING ENGINEERS AND            )
    PARTICIPATING EMPLOYERS PRE-             )
13  APPRENTICESHIP, APPRENTICE AND           )
    JOURNEYMEN AFFIRMATIVE ACTION            )
14  TRAINING FUND; OPERATING                 )
    ENGINEERS VACATION AND HOLIDAY           )
15  PLAN; OPERATING ENGINEERS                )
    CONTRACT ADMINISTRATION TRUST            )
16  FUND; OPERATING ENGINEERS                )
    MARKET PRESERVATION TRUST FUND; )
17  and OPERATING ENGINEERS INDUSTRY )
    STABILIZATION TRUST FUND,                )
18  BUSINESS DEVELOPMENT TRUST               )
    FUND; AND HEAVY AND HIGHWAY              )
19  COMMITTEE,                               )
                                             )
20              Plaintiffs,                  )
          vs.                                )
21                                           )
    LEO W. TIDWELL, JR., individually,       )
22                                           )
                Defendant.                   )
23                                           )
                                             )
24  _____      )

25

    SUBSTITUTION OF ATTORNEY
    Case No. C 07 1490
                              - 1 -

Muriel B. Kaplan, Bar No. 124607
Satltzman & Johnson
120 Howard St. Suite 520
San Francisco, CA 94105
(415) 882-7900 Fax (415) 882-9287

## UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Gil Croshtwaite, et al. | CASE NUMBER: |
| | C07-1490 EMC |
| **v.** Plaintiff(s) | |
| Leo W. Tidwell, Jr. | **SUBSTITUTION OF ATTORNEY** |
| Defendant(s) | |

Gil Crosthwaite _____    [X] Plaintiff   [ ] Defendant   [ ] Other _____
*Name of Party*

hereby substitutes Muriel B. Kaplan, SBN 124607 _____ who is

[X] Retained Counsel   [ ] Court Appointed Counsel   [ ] Pro Per   120 Howard St. Suite 520
*Street Address*

San Francisco, CA 94105    (415) 882-7900   (415) 882-9287   124607
*City, State, Zip Code*     *Telephone Number*    *Facsimile Number*    *State Bar Number*

as attorney of record in the place and stead of Tracy L. Mainguy _____
*Present Attorney*

Dated: 5-29-07 _____

*Signature of Party*

Wayne McBride

---

I have given proper notice pursuant to Local Rule 83-2.9.2 and further consent to the above substitution.

Dated: 5/28/07 _____

*Signature of Present Attorney*

Tracy L. Mainguy

---

I am duly admitted to practice in this District pursuant to Local Rule 83-2.8.

Dated: 6/14/07 _____

*Signature of New Attorney*

Muriel B. Kaplan

---

Substitution of Attorney is hereby [X] Approved.   [ ] Denied.

Dated: 6/15/07 _____

United St_____ dge/ **Magistrate Judge**

*IT IS SO ORDERED*
*Judge Edward M. Chen*

**NOTICE TO COUNSEL:** *If you are currently enrolled in the Optical Scanning Program ... facsimile number or e-mail address since your enrollment, you must complete an Enrollment/Up... that documents are served at the proper facsimile number or e-mail address. This form, ... information about the Optical Scanning Program, is available on the Court's website at www.cacd.uscourts.gov.*

**SUBSTITUTION OF ATTORNEY**

G-01 (08/02)          G01